THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PAVLISAK and WILLIAM JONES, Appellants.—

All concur.

MATHILDA KRAMER et al., Respondents, v. JOHN F. LANTRY et al., Appellants.

All concur.

HARRY FELDMAN, Respondent, v. KEESHIN MOTOR EXPRESS CO., INC., et al., Appellants, et al., Defendants. GRACE ZELIE, as Administratrix of the Estate of EDWARD ZELIE, Deceased, Respondent, v. KEESHIN MOTOR EXPRESS CO., INC., et al., Appellants.—

All concur.